IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

v.

**OBDULIO ALVARADO-PONCE,**

        Defendant.

No. 3:12-cr-00442-MO

ORDER

**MOSMAN, J.**,

    Defendant is ineligible for a reduction in sentence under Amendment 782 because he was originally sentenced below the amended advisory Guideline range. Therefore, Defendant's Motion to Reduce Sentence [66] is DENIED.

    DATED this   21st   day of December, 2015.

                                     /s/ Michael W. Mosman
                                     MICHAEL W. MOSMAN
                                     United States District Judge